IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. _____

| | |
|---|---|
| JUAN CARLOS NAVIA,<br><br>                                  **Plaintiff,**<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                                  **Defendant.** | <u>**NOTICE OF REMOVAL**</u> |

**NOW COMES** the Defendant State Farm Fire and Casualty Company (hereinafter "State Farm"), by and through its undersigned attorneys of record and pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, and hereby provides its Notice of Removal to this Court from the General Court of Justice, Superior Court of Yancey County, North Carolina based on diversity of citizenship and amount in controversy. In support of such removal, State Farm respectfully states the following:

1. On July 30, 2025, Plaintiff commenced a proceeding against State Farm by filing of a Civil Summons and Complaint, styled *Juan Carlos Navia v. State Farm Fire & Casualty Company*, Case No. 25 CVS 1192, which proceeding is currently pending. A copy of the documents Plaintiff served on State Farm are attached hereto as Exhibit 1.

2. State Farm was served with a copy of the Complaint setting forth Plaintiff's claims upon which this action is based when it was served by certified mail on August 7, 2025.

3. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes. State Farm has not filed any pleadings or papers in this action in State Court and the time during which State Farm is required by state law or rules of court to answer

97073211.v1

or to plead to the Plaintiff's Complaint has not expired. No other process, pleading or order has been served on State Farm.

4. This civil action arises out of claims by Plaintiff for breach of contract, bad faith, and unfair claim settlement practices. The Complaint seeks compensatory damages, treble damages, punitive damages attorney's fees, and costs.

5. This action is removable because there is diversity of citizenship and the requisite amount in controversy as required by 28 U.S.C. §1332. Plaintiff, according to the Complaint, is a citizen and resident of Yancey County, North Carolina. State Farm is a foreign corporation organized and existing under the laws of the State of Illinois, and has its principal place of business in Bloomington, Illinois. Accordingly, complete diversity exists between these parties in this case.

6. The United States District Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, because there is a diversity of citizenship among the necessary and properly named parties and, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. This action is therefore removable to this Court pursuant to 28 U.S.C. §1441(b).

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b)(3) and (c) and Rule 81 of the Federal Rules of Civil Procedure because it is filed within thirty (30) days after Plaintiff's service on State Farm by certified mail of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based.

8. By filing this Notice of Removal, State Farm does not waive any of its objections to personal jurisdiction, service, or other affirmative defenses.

2
Case 1:25-cv-00302-MR-WCM     Document 1     Filed 09/05/25     Page 2 of 4
97073211.v1

9. Pursuant to 28 U.S.C. §1446(d), State Farm will file a Notice of Filing this Notice of Removal, with a copy of this Notice of Removal, with the State Court and thereby will notify the Clerk of the General Court of Justice, Superior Court Division, Yancey County, North Carolina of the removal.

10. A copy of the Notice of Filing of Notice of Removal to be filed in the General Court of Justice, Superior Court Division, is attached hereto as Exhibit 2. State Farm has served a copy of the Notice of Removal on Plaintiff in accordance with 28 U.S.C. §1446(d).

WHEREFORE, this action is hereby removed to this Court from the General Court of Justice, Superior Court Division, Yancey County, North Carolina.

This the 5th day of September, 2025.

/s/ SCOTT LEWIS
NC State Bar No. 22167
SHELLEY W. COLEMAN
NC State Bar No. 22783
Attorneys for Defendant
BUTLER SNOW, LLP
6752 Rock Spring Road, Suite 310
Wilmington, NC 28405
PH: (910) 550-1320
Email: Scott.Lewis@butlersnow.com
Shelley.Coleman@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify I have attached the document to electronic mail to the following:

>Jacob McDonald
>jmcdonald@yourinsuranceattorney.com
>*Counsel for Plaintiff*

Respectfully submitted,

>/s/ SCOTT LEWIS
>**NC State Bar No. 22167**
>**SHELLEY W. COLEMAN**
>**NC State Bar No. 22783**
>**Attorneys for Defendant**
>**BUTLER SNOW, LLP**
>**6752 Rock Spring Road, Suite 310**
>**Wilmington, NC 28405**
>**PH: (910) 550-1320**
>**Email: Scott.Lewis@butlersnow.com**
>**Shelley.Coleman@butlersnow.com**